### GANT et al. v. OKLAHOMA CITY et al.

No. 21799. Opinion Filed May 12, 1931.

Rehearing Denied June 30, 1931.

Twyford & Smith and Womack, Brown & Cund, for plaintiffs in error.

M. W. McKenzie, Municipal Counselor, and A. L. Hull, Asst. Municipal Counselor, for defendants in error.

KORNEGAY, J. This is a companion case to the case of Walter H. Gant, Knox L. Garvin, and A. D. Hudspeth, Plaintiffs in Error, v. City of Oklahoma City et al., Defendants in Error, No. 21798, this day decided, 150 Okla. 86, ___ Pac. ___, the difference being that the locality is slightly different, but the wells are in the corporate limits of the city of Oklahoma City, and are subject to the same regulations.

On the authority of Gant et al. v. Oklahoma City et al., No. 21798, 150 Okla. 86, ___ Pac. ___, this case is affirmed.

LESTER, C. J. and CULLISON, SWINDALL, ANDREWS, and McNEILL, JJ., concur. RILEY and HEFNER, JJ., absent. CLARK, V. C. J., dissents.

### GANT et al. v. OKLAHOMA CITY et al.

No. 21800. Opinion Filed May 12, 1931.

Rehearing Denied June 30, 1931.

Twyford & Smith and Womack, Brown & Cund, for plaintiffs in error.

M. W. McKenzie, Municipal Counselor, and A. L. Hull, Asst. Municipal Counselor, for defendants in error.

KORNEGAY, J. This is a companion case to the case of Walter H. Gant, Knox L. Garvin, and A. D. Hudspeth, Plaintiffs in Error, v. City of Oklahoma City et al., Defendants in Error, No. 21798, decided this day, 150 Okla. 86, ___ Pac. ___, the difference being that the locality is slightly different, but the wells are in the corporate limits of Oklahoma City, and are subject to the same regulations.

On the authority of Gant et al. v. Oklahoma City et al., No. 21798, 150 Okla. 86, ___ Pac. ___, this case is affirmed.

LESTER, C. J., and CULLISON, SWINDALL, ANDREWS, and McNEILL, JJ., concur. RILEY and HEFNER, JJ., absent. CLARK, V. C. J., dissents.